**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                                    No. C 11-1953 SI (pr)

TERRY W. TOWNLEY,                                                       **ORDER OF DISMISSAL**

        Plaintiff.
_____/

    Plaintiff's "motion to withdraw complaint from federal court" is construed to be a request for voluntary dismissal of this action and is GRANTED. (Docket # 7.) This action is dismissed without prejudice. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: May 23, 2011

                                                _____
                                                SUSAN ILLSTON
                                                United States District Judge