**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 11-1953 SI (pr) |
| TERRY W. TOWNLEY, | **JUDGMENT** |
|     Plaintiff. | |

This action is dismissed without prejudice pursuant to plaintiff's request.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 23, 2011

_____
SUSAN ILLSTON
United States District Judge